# CASE ANNOUNCEMENTS
*April 12, 2010*

[Cite as *4/12/2010 Case Announcements*, 2010-Ohio-1623.]

## MOTIONS AND PROCEDURAL RULINGS

**In re Karnofel.**
On February 10, 2010, this court found Delores M. Karnofel to be a vexatious litigator under S.Ct.Prac.R. 14.5(B). This court further ordered that Karnofel was prohibited from continuing or instituting legal proceedings in this court without first obtaining leave. On March 31, 2010, and April 5, 2010, Karnofel submitted motions for leave to proceed and motions for reconsideration. Upon review of the proffered documents, the court finds them without merit. Accordingly,

It is ordered by the court that Delores M. Karnofel's motions for leave are denied.

PFEIFER, Acting C.J.

**In re Sherrills.**
On March 31, 2008, this court found Daries Sherrills to be a vexatious litigator under S.Ct.Prac.R. 14.5(B). This court further ordered that Sherrills was prohibited from continuing or instituting legal proceedings in this court without first obtaining leave. On March 30, 2010, Sherrills submitted a request for leave to file an appeal. Upon review of the proffered document, the court finds it without merit. Accordingly,

It is ordered by the court that Sherrills is denied leave to file an appeal.

PFEIFER, Acting C.J.

**2009–0232. State v. Lanier.**
Hamilton App. No. C–080162, 2008-Ohio-6906. It is ordered by the court, sua sponte, that this cause is no longer held for the decision in 2008–2037, *State v. Williams*, and the briefing schedule shall proceed.

It is ordered by the court that the clerk shall issue an order for the transmission of the record from the Court of Appeals for Hamilton County.

It is further ordered that briefing in case Nos. 2009–0232 and 2009–0328 shall be consolidated. The parties shall file two originals of each of the briefs permitted under S.Ct.Prac.R. 6.2 through 6.7 and include both case numbers on the cover page of the briefs. The parties shall otherwise comply with the requirements of S.Ct.Prac.R. 6.2 through 6.7.

PFEIFER, Acting C.J.